**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
OMAR VAYAS DURAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>OMAR VAYAS DURAN,<br><br>            Defendant | Case No.: 1:21-CR-00177 DAD-BAM<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, OMAR VAYA DURAN, hereby waives his appearance in person in open court upon the arraignment set for Friday, July 16, 2021, of the above-entitled court.  Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.


Date: July 16, 2021                                              */s/Omar Vayas Duran*_____
                                                                              OMAR VAYAS DURAN


Date: July 16, 2021                                              */s/David A. Torres*_____
                                                                              DAVID A. TORRES,
                                                                              Attorney for Defendant

Summary of Pleading - 1

**ORDER**

Good cause appearing.

**IT IS HEREBY ORDERED** that defendant Omar Vayas Duran is hereby excused from appearing at this court hearing scheduled for Friday, July 16, 2021.

IT IS SO ORDERED.

Dated: **July 16, 2021**      \_**/s/ Jennifer L. Thurston**
                              CHIEF UNITED STATES MAGISTRATE JUDGE