PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR VAYAS DURAN,<br><br>Defendant. | CASE NO. 1:21-CR-00177-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: July 26, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on July 26, 2023.

2. By this stipulation, defendant now moves to vacate the status conference and set a trial date for February 6, 2024, a trial confirmation hearing for January 22, 2024, and to exclude time between July 26, 2023, and February 6, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, laboratory reports, extensive audio footage, and transcripts. Discovery has been produced directly to counsel and/or made available for inspection and copying. The government is aware of its ongoing discovery obligations.

      b)      The parties are continuing to engage in plea discussions and believe this case will resolve via a plea, but are not in a position to set a change of plea hearing at this time.

      c)      Defense counsel will continue to consult with his client, discuss a potential resolution of the case, conduct investigation and research related to the charges and potential sentencing arguments, and to review and copy discovery for this matter.  Additionally, defense counsel has a trial set for January 2024.  Considering the preparation time and time in trial for that case in conjunction with the time needed to prepare this case, defense counsel believes February 6, 2024 is the earliest possible date to effectively be prepared to proceed to trial.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 26, 2023 to February 6, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 20, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: July 20, 2023

/s/ DAVID A. TORRES
DAVID A. TORRES
Counsel for Defendant
OMAR VAYAS DURAN

## ORDER

IT IS SO ORDERED that the status conference set for July 26, 2023, is vacated. A jury trial is set for **February 6, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Estimate time of trial is **5 days**. A trial confirmation is set for **January 22, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **July 20, 2023**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3