**TORRES | TORRES-STALLINGS**
**A LAW CORPORATION**
David A. Torres, State Bar No. 135059
1318 "K" Street
Bakersfield, CA 93301
Tel: (661) 326-0857
email: dtorres@lawtorres.com

Attorneys for Defendant
OMAR VAYAS DURAN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OMAR VAYAS DURAN,<br><br>Defendant | Case No.: 1:21-cr-00177-NODJ-BAM-2<br><br>**STIPULATION AND ORDER TO VACATE TRIAL CONFIRMATION AND TRIAL DATE AND RESET THE STATUS CONFERENCE DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, THE HONORABLE BARBARA A. MCAULIFFE, AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, OMAR VAYAS DURAN, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Trial Confirmation date currently set for April 22, 2024, and the Trial date currently set for May 7, 2024, be vacated. Counsel is also requesting that the status conference date currently set for March 27, 2024, at 1:00p.m., be reset to June 26, 2024, at 1:00pm.

Counsel has had the opportunity to discuss this matter with AUSA Kimberly Sanchez, both parties have agreed to requesting a 60-day continuance of the status conference and are requesting that the trial confirmation and trial date be vacated. Both parties are in the process of negotiating a disposition in this matter.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: March 26, 2024,

Respectfully Submitted,

***/s/ David A. Torres***
David A. Torres
Attorney for Omar Vayas Duran

Dated: March 26, 2024

***/s/Kimberly Sanchez***
Kimberly Sanchez
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED that the Trial Confirmation set for April 22, 2024, and Jury Trial set for May 7, 2024, are vacated. The Status Conference is continued from March 27, 2024, to **June 26, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 USC § 3161 (h)(7)(A) and § 3161 (h)(7)(B)(1) and (IV).

IT IS SO ORDERED.

Dated: **March 26, 2024**

/s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE