TORRES | TORRES STALLINGS
A LAW CORPORATION
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
OMAR VAYAS DURAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>OMAR VAYAS DURAN,<br><br>　　　　Defendant | Case No.: 1:21-CR-00177-NODJ-BAM-2<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, OMAR VAYAS DURAN, hereby waives his appearance in person in open court upon the status conference set for Wednesday, June 26, 2024, of the above-entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 6/25/2024　　　　　　　　　　　　　　　**/s/OMAR VAYAS DURAN**
　　　　　　　　　　　　　　　　　　　　　　　OMAR DURAN


Date: 6/25/2024　　　　　　　　　　　　　　　**/s/David A. Torres**
　　　　　　　　　　　　　　　　　　　　　　　DAVID A. TORRES,
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant OMAR VAYAS DURAN is hereby excused from appearing at this court hearing scheduled for Wednesday, June 26, 2024.

IT IS SO ORDERED.

Dated: __June 25, 2024__     /s/ *Barbara A. McAuliffe*
                             UNITED STATES MAGISTRATE JUDGE