**TORRES | TORRES-STALLINGS**
**A LAW CORPORATION**
David A. Torres, State Bar No. 135059
1318 "K" Street
Bakersfield, CA 93301
Tel: (661) 326-0857
email: dtorres@lawtorres.com

Attorneys for Defendant
OMAR VAYAS DURAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OMAR VAYAS DURAN,<br><br>Defendant | Case No.: 1:21-cr-00177-NODJ-BAM-2<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE DATE AND SET TRIAL DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, THE HONORABLE

BARABARA A. MCAULIFFE, AND KIMBERLY SANCHEZ, ASSISTANT UNITED

STATES ATTORNEY:

    **COMES NOW** Defendant, OMAR VAYAS DURAN, by and through his attorney of

record, DAVID A. TORRES hereby requesting that the Status Conference date currently set for

August 28, 2024, at 1:00pm, be vacated. Counsel is also requesting that the Trial Date, which

was previously vacated (See ECF doc. 103) be set to February 11, 2025, at 9:00 a.m.

    Counsel has had the opportunity to discuss this matter with AUSA Kimberly Sanchez,

both parties have agreed to requesting that the status conference be vacated, and the trial date be

set. Both parties are in the process of negotiating a disposition in this matter.

1

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: August 26, 2024,                                         Respectfully Submitted,

                                                 */s/ David A. Torres*
                                                 David A. Torres
                                                 Attorney for Omar Vayas Duran

Dated: August 26, 2024                                         */s/Kimberly Sanchez*
                                                 Kimberly Sanchez
                                                 Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED that the status conference set for August 28, 2024, is vacated. A jury trial is set for **February 11, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **5 days**. A trial confirmation is set for **January 27, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded through trial pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV).

IT IS SO ORDERED.

Dated:   **August 27, 2024**                         /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE