**TORRES | TORRES-STALLINGS**
**A LAW CORPORATION**
David A. Torres, State Bar No. 135059
1318 "K" Street
Bakersfield, CA 93301
Tel: (661) 326-0857
email: dtorres@lawtorres.com

Attorneys for Defendant
OMAR VAYAS DURAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OMAR VAYAS DURAN,<br><br>Defendant | Case No.: 1:21-cr-00177-NODJ-BAM-2<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE DATE AND TRIAL DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, THE HONORABLE

BARABARA A. MCAULIFFE, AND CODY CHAPPLE, ASSISTANT UNITED STATES

ATTORNEY:

  **COMES NOW** Defendant, OMAR VAYAS DURAN, by and through his attorney of

record, DAVID A. TORRES hereby requesting that the Status Conference date currently set for

July 9, 2025, at 1:00pm, be vacated. Counsel is also requesting that the Trial Date, which is

currently set for September 30, 2025, at 8:30am be vacated.

  The defendant has signed and filed a plea agreement as of June 3, 2025 (see ECF Doc.

119). The matter is currently set for Change of Plea on August 11, 2025 at 11:00a.m.

1

Both parties stipulate to the Status Conference date, currently set for July 9, 2025, and the trial date currently set for September 30, 2025, being vacated.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: June 10, 2025                                   Respectfully Submitted,

                                                       */s/ David A. Torres*
                                                       David A. Torres
                                                       Attorney for Omar Vayas Duran

Dated: June 10, 2025                                   */s/Cody Chapple*
                                                       Cody Chapple
                                                       Assistant United States Attorney

## ORDER

IT IS SO ORDERED that the status conference set for July 9, 2025 at 1:00 p.m., and the jury trial set for September 30, 2025 at 8:30 a.m., be vacated. The change of plea hearing set for August 11, 2025 at 10:00 AM in Courtroom 5 before District Judge Dale A. Drozd remains on calendar as previously set.

IT IS SO ORDERED.

Dated:   **June 10, 2025**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE