**TORRES | TORRES-STALLINGS**
**A LAW CORPORATION**
David A. Torres, State Bar No. 135059
1318 "K" Street
Bakersfield, CA 93301
Tel: (661) 326-0857
email: dtorres@lawtorres.com

Attorneys for Defendant
OMAR VAYAS DURAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OMAR VAYAS DURAN,<br><br>Defendant | Case No.: 1:21-cr-00177-DAD-BAM-2<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, THE HONORABLE

DALE A. DROZD, AND CODY CHAPPLE, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, OMAR VAYAS DURAN, by and through his attorney of

record, DAVID A. TORRES hereby requesting that the Sentencing hearing date currently set for

November 3, 2025, at 10:00am, (See ECF Doc. 128) be continued to December 1, 2025, at

10:00am.

Counsel will require additional time to prepare a sentencing memorandum on behalf of

Mr. Duran. I have spoken to AUSA Cody Chapple, and he has no objection to continuing the

sentencing hearing.

Dated: October 17, 2025                    Respectfully Submitted,

                                                                    */s/ David A. Torres*
                                                                    David A. Torres
                                                                    Attorney for Omar Vayas Duran

Dated: October 17, 2025                    */s/Cody Chapple*
                                                                    Cody Chapple
                                                                    Assistant United States Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing currently set for November 3, 2025, at 10:00am, be continued to December 1, 2025, at 9:00 a.m. in Courtroom 5 before Judge Edward J. Davila in Fresno.

IT IS SO ORDERED.

Dated:   **October 21, 2025**                    _____
                                                                    DALE A. DROZD
                                                                    UNITED STATES DISTRICT JUDGE

2